IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| ASHLAND ARENAS, et al. | § § § § | |
| Plaintiffs, | § | CIVIL ACTION NO: 4:17-cv-562-AM |
| vs. | § § | |
| WESTERN TRANSPORTATION, INC. | § § | |
| Defendant. | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER**, having come before the Court upon the parties' Joint Stipulation for Final Order of Dismissal with Prejudice, and the Court having reviewed this matter and being otherwise fully advised in the premises, it is hereby:

**ORDERED and ADJUDGED** that the terms of the stipulation are adopted and this action is hereby **DISMISSED** with prejudice.

All relief not previously granted is hereby denied.

The Clerk is directed to close this civil action.

**SIGNED this 26th day of February, 2018.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE